FILED: August 28, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4989

(1:12-cr-00320-LO-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOSE FREDY DELCID, a/k/a Franklin, a/k/a Oscar Salgado, a/k/a Matador, a/k/a Chami

        Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered 08/06/2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*