THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES

v.                                                                  No. 12-4989

                                                                           1:12-cr-00320-LO-1

JOSE FREDY DELCID

\* \* \* \* \* \* \* \* \*

**MOTION TO WITHDRAW**

***COMES NOW*** counsel for appellant, Jose Fredy Delcid, and hereby moves to withdraw as counsel. In support counsel attests to the following:

(1) On August 6, 2013, this Court issued a final decision in this case affirming Mr. Delcid's conviction and sentence.

(2) Counsel reviewed the decision in full. Although counsel is disappointed in the decision, it is counsel's opinion that grounds do not exist to request rehearing or rehearing en banc. Further, counsel sees no meritorious basis to file a petition for writ of certiorari in the Supreme Court. Accordingly, counsel advised Mr. Delcid that she believes a further petition would be frivolous. See Local Rule 46(d).

(3) Counsel has served the instant motion on Mr. Delcid and advised him that he has 7 days to file a response to this motion if he desires. See, Local Rule 46(d).

***WHEREFORE***, it is respectfully requested that this Honorable Court permit Attorney Elita C. Amato to withdraw as counsel from the instant case.

Respectfully Submitted,

LAW OFFICE OF ELITA C. AMATO

/s/

---

Elita C. Amato, Esq.
1600 Wilson Blvd, Suite 205
Arlington, VA 22209
703-522-5900 telephone
703-875-8957 facsimile
amato.law@comcast.net
Counsel for Jose Fredy Delcid

## CERTIFICATE OF SERVICE

I hereby certify that this Motion was filed electronically using the CM/ECF system, thereby serving a notification of such filing to government counsel, Esq., this 19th day of September 2013. Additionally, the foregoing was placed in the U.S. mail with sufficient postage affixed to Jose Fredy Delcid, #80221-083, FCI Elkton, P.O. Box 10, Lisbon, OH 44432, this 19th day of September 2013.
/s/

---

Elita C. Amato, Esq.